| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>**Timothy P. Neumann, Esq. [TN6429]**<br>**Broege, Neumann, Fischer & Shaver, LLC**<br>**25 Abe Voorhees Drive**<br>**Manasquan, New Jersey 08736**<br>**(732) 223-8484**<br>**Attorneys For Debtors** | |
| In Re:<br><br>**JOHN P. PAUL AND**<br>**MARIE E. PAUL**<br><br>        **DEBTORS** | Case No.: 11-31653<br><br>Chapter 7<br><br>Hearing Date:  11/5/2012<br><br>Judge: Raymond T. Lyons, Jr. |

### ORDER GRANTING REOPENING OF CHAPTER 7
### PROCEEDINGS AND DIRECTING TURNOVER OF FUNDS
### AND FOR OTHER RELIEF

The relief set forth on the following pages, numbered two (2) through three (2) is hereby

**ORDERED**.

Debtor:    John P. Paul and Marie E.Paul

Case No.:  **11-31653**

Caption:   ORDER DIRECTING TURNOVER OF FUNDS

Upon consideration the motion (the "Motion") of the above-captioned debtors ("Debtors"), for an Order to reopen their bankruptcy case in order to seek turnover of funds levied upon prepetition by Chase Bank USA, N.A. vs John P Paul, Docket No. L-003601-10.

It is ORDERED:

1. That the Motion to reopen the Chapter 7 proceedings is GRANTED;

2. That the levied upon the funds levied upon in the joint account of the debtors held in Sovereign Bank in the amount of $22,498.26 be turned over / released to the debtors.